# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0973
Lower Tribunal No. F05-33506A
_____

**Trinmard Fudge,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Trinmard Fudge, in proper person.

James Uthmeier, Attorney General, and Ryan David Brazner, Assistant Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.